**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO:    1:08CV2832 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| EUCLID CITY SCHOOL  DISTRICT BOARD OF EDUCATION, et al., | ) | |
| | ) | |
| Defendant. | ) | |

With the concurrence of the transferring judge, CHRISTOPHER A. BOYKO, and the receiving judge, KATHLEEN M. O'MALLEY, this case is transferred from the docket of CHRISTOPHER A. BOYKO to the docket of KATHLEEN M. O'MALLEY.

*S/Kathleen M. O'Malley*            *S/Christopher A. Boyko*
KATHLEEN M. O'MALLEY            CHRISTOPHER A. BOYKO
United States District Judge            United States District Judge
Receiving Judge            Transferring Judge

     IT IS SO ORDERED.            *S/James G. Carr*
           Chief Judge James G. Carr
           United States District Judge

DATE:  December 4, 2008